**Lee A. RAND, Plaintiff–Appellant,**

v.

**James ROWLAND; Nadim Khoury, M.D.; William Bunnell; Roy Lee Johnson; Leo R. Estes, Defendants–Appellees.**

No. 95–15428.

United States Court of Appeals, Ninth Circuit.

Sept. 4, 1997.

Before: HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

**Norman GOTCHER, Jr., Plaintiff–Appellant,**

v.

**Tana WOOD, et al., Defendants–Appellees.**

No. 94–35484.

United States Court of Appeals, Ninth Circuit.

Sept. 11, 1997.

John Midgley and David C. Fathi, Columbia Legal Services, Seattle, Washington, for Plaintiff–Appellant.

Talis M. Abolins, Assistant Attorney General, Criminal Justice Division, Olympia, Washington, for Defendants–Appellees.

On Remand from the United States Supreme Court. D.C. No. CV–93–00120–FVS.

Before: BEEZER and HAWKINS, Circuit Judges, and TEVRIZIAN,* District Judge.

The Court has reconsidered its holding in *Gotcher v. Wood,* 66 F.3d 1097 (9th Cir.1995), in light of *Edwards v. Balisok,* —— U.S. ——, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997). We agree with Wood that *Edwards* forecloses Gotcher's entire compensatory claim under 42 U.S.C. § 1983. Because we do not reach the issue of whether Gotcher has a protectable liberty interest in receiving good-time credits or remaining free of disciplinary segregation, we deny Gotcher's request to republish parts of our earlier decision. The district court's dismissal of Gotcher's claim is AFFIRMED.

---

* The Honorable Dickran M. Tevrizian, United States District Judge for the Central District of California, sitting by designation.